UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

PAUL ANDRE BLANTON #204537,   Case No. 2:22-cv-00032

        Plaintiff,   Hon. Jane M. Beckering
           U.S. District Judge

v.

UNKNOWN MATTHEW HISTED, et al.,

        Defendants.
_____/

## **ORDER**

This Order addresses Plaintiff Paul Andre Blanton's motion for appointment of counsel. (ECF No. 96.) Blanton says that he needs counsel because he is not experienced in conducting a trial and is limited in researching issues and in preparation of jury instructions. There is no trial date or final pretrial conference date scheduled at this time. (ECF No. 92.)

Indigent parties in civil cases have no constitutional right to a court-appointed attorney. *Abdur-Rahman v. Michigan Dep't of Corr.*, 65 F.3d 489, 492 (6th Cir. 1995). The Court may, however, request an attorney to serve as counsel, in the Court's discretion. *Abdur-Rahman*, 65 F.3d at 492; *Mallard v. U.S. District Court*, 490 U.S. 296 (1989).

Appointment of counsel is a privilege that is justified only in exceptional circumstances. In determining whether to exercise its discretion, the Court should consider the complexity of the issues, the procedural posture of the case, and

Plaintiff's apparent ability to prosecute the action without the help of counsel. *Lavado*, 992 F.2d at 606.

The Court has carefully considered these facts and determines that the assistance of counsel is not necessary to the proper presentation of Plaintiff's position. This case is neither exceptional nor complex. Plaintiff has alleged violations of his right to practice his religious beliefs.  Plaintiff has demonstrated that he understands the facts of this case and how to present his position to the Court.  Plaintiff has proven that he is an effective litigant and that he can represent his interests in this matter.

Plaintiff's motion for appointment of counsel is therefore DENIED.

**IT IS SO ORDERED**

Dated:   November 4, 2024                    /s/ *Maarten Vermaat*
                                             MAARTEN VERMAAT
                                             U.S. MAGISTRATE JUDGE