UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

PAUL BLANTON,

    Plaintiff,

v.

MATTHEW HISTED, et al.,

    Defendants.
_____/

Case No. 2:22-cv-32

HON. JANE M. BECKERING

## JUDGMENT

In accordance with the Opinion and Order entered this date:

**IT IS HEREBY ORDERED** that Judgment is entered in favor of Defendants and against Plaintiff.

Dated:  November 13, 2024

    /s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge